**MINUTE ENTRY**
**June 6, 2016**
**JUDGE DONALD E. WALTER**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 15-202 |
| VERSUS | JUDGE DONALD E. WALTER |
| KHANG LE (01) | MAGISTRATE JUDGE HANNA |

_____

      Sentencing in the above-captioned matter, previously set for Monday, June 27, 2016, is hereby **RESET for Monday, July 25, 2016 at 1:30 p.m. CST in Lafayette**.