**MINUTE ENTRY**
**July 12, 2016**
**JUDGE DONALD E. WALTER**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 15-00202-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| KHANG LE (01) | MAG. JUDGE HANNA |

_____

Sentencing in the above-captioned matter is hereby **RESET for Monday, July 25, 2016 at 10:30 a.m. CST in Lafayette**.