UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 6:15-CR-00202-01 |
| VERSUS | JUDGE WALTER |
| KHANG NGUYEN LE | MAGISTRATE JUDGE HANNA |

**NOTICE OF APPEAL**

   NOTICE is hereby given that KHANG NGUYEN LE, the defendant-appellant, hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the final judgment entered in these proceedings on July 27, 2016.

> RESPECTFULLY SUBMITTED,
>
> REBECCA L. HUDSMITH
> FEDERAL PUBLIC DEFENDER FOR THE
> MIDDLE AND WESTERN DISTRICTS OF LOUISIANA
>
> **S/ WAYNE J. BLANCHARD (LA #3113)**
> Assistant Federal Public Defender
> Middle and Western Districts of Louisiana
> 102 Versailles Boulevard, Suite 816
> Lafayette, Louisiana 70501
> 337-262-6336 (Office)     337-262-6605 (Fax)
>
> Attorney for Khang Nguyen Le

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing NOTICE OF APPEAL has this day been mailed to Mr. David C. Joseph, Assistant United States Attorney, 800 Lafayette Street, Suite

2200, Lafayette, Louisiana 70501, via notice of electronic filing (NEF).

Lafayette, Louisiana, August 8, 2016.


S/ WAYNE J. BLANCHARD